No. 450. RHODES v. MEYER ET AL. C. A. 8th Cir. Certiorari denied. Petitioner *pro se*. *Clarence A. H. Meyer*, Attorney General of Nebraska, and *Robert A. Nelson*, Special Assistant Attorney General, for respondents.

No. 439. KATZ v. PEYTON. C. A. 4th Cir. Certiorari denied. *Stanley D. Perry* for petitioner.

No. 446. MOONEY AIRCRAFT, INC. v. DELRAY BEACH AVIATION CORP. ET AL. C. A. 5th Cir. Certiorari denied. *Hal Rachal* for petitioner. *Dayton G. Wiley* for respondents.

No. 448. HOOD v. HOOD. C. A. 10th Cir. Certiorari denied. *Dale M. Stucky* for petitioner. *Oliver H. Hughes* and *Robert Martin* for respondent.

No. 451. JOSEPH v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *George S. Fitzgerald* and *Paul B. Mayrand* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 452. UGALDE ET AL. v. CONFEDERATION LIFE ASSOCIATION, ALSO KNOWN AS LA CONFEDERACION DEL CANADA, ET AL. Supreme Court of Florida. Certiorari denied. *Wesley G. Carey* and *Samuel Sheradsky* for petitioners. *John C. Coulin* and *Cotton Howell* for respondents.

No. 281, Misc. BERZIN v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Richard D. Friedman* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.